UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONI MAXWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation, dba ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, an Iowa Corporation, dba Nationwide Insurance.<br><br>　　　　Defendants. | 2:11-CV-01861-PMP-VCF<br><br>**<u>ORDER</u>** |

Before the Court for consideration is Plaintiff's fully briefed Motion for Remand (Doc. #13) filed December 16, 2011.  Notwithstanding Plaintiff's incorrect claim that Defendants must establish the value of Plaintiff's claim or alternatively that this Court should conduct its own analysis to determine the value of Plaintiff's claim, the record before the Court clearly shows that Plaintiff has previously demanded the UIM policy limits of $500,000.  Although Plaintiff states she "would have accepted less," Plaintiff has not declared that the value of her claim is less than $75, 000.00.

///

///

///

1       **IT IS THEREFORE ORDERED** that Plaintiff Toni Maxwell's Motion for Remand (Doc. #13) is **DENIED**.

      **IT IS FURTHER ORDERED** that the party shall forthwith proceed with to file a Proposed Joint Discovery Plan and Scheduling Order in compliance with the Local Rules of this Court.

DATED: January 18, 2012.

_____
PHILIP M. PRO
United States District Judge