JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
TIMOTHY P. ELSON
Nevada Bar No. 011559
Timothy.Elson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants ALLIED PROPERTY & CASUALTY INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONI MAXWELL, individually,

Plaintiff,

vs.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation dba ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY; an Iowa Corporation dba Nationwide Insurance; DOES I-X, inclusive; ROE CORPORATIONS XI-XX, inclusive,

Defendants.

CASE NO. 2:11-cv-01861-PMP-VCF

**STIPULATION AND ORDER DISMISSING PLAINTIFF TONI MAXWELL'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff TONI MAXWELL (hereinafter "Plaintiff") and Defendants ALLIED PROPERTY & CASUALTY INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Defendants"), through their respective counsel of record, that Plaintiff TONI

/ / /

MAXWELL's Complaint shall be dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this matter is scheduled for trial on November 5, 2013 and the Calendar Call is scheduled for October 30, 2013. There are no other hearings pending before this Court.

| | |
|---|---|
| DATED this 16th day of October, 2013 | DATED this 10 day of October, 2013 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | MARCEK, P.C. |
| By ______________________ | By ______________________ |
| JOSH COLE AICKLEN<br>Nevada Bar No. 007254<br>TIMOTHY ELSON<br>Nevada Bar No. 011559<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants ALLIED PROPERTY & CASUALTY INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY | CLIFF MARCEK<br>Nevada Bar No. 005061<br>700 S. Third St.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff TONI MAXWELL |

ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff TONI MAXWELL's Complaint shall be dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 16th day of October, 2013.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Timothy Elson*
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
Timothy Elson, Esq.
Nevada Bar No. 011559
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants ALLIED PROPERTY & CASUALTY INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY

